UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEODRON, LTD.,

    Plaintiff,

    v.

LENOVO GROUP, LTD., et al.,

    Defendants.

Case No. 19-cv-05644-SI

**ORDER IN ANTICIPATION OF JULY 1, 2020 CLAIM CONSTRUCTION HEARING --- SEQUENCE OF ARGUMENTS**

In anticipation of the July 1, 2020 claim construction hearing, the Court would like the parties to be prepared to address the disputed terms in the following sequence:

(1) U.S. Patent No. 8,102,286 - "sensor value"

(2) U.S. Patent No. 7,821,502 - "a substrate having a surface with an arrangement of electrodes mounted thereon"

(3) U.S. Patent No. 7,821,502 - "sensing area"

(4) U.S. Patent No. 7,821,502 - "wherein row sensing electrodes of sensing cells at opposing ends of at least one of the rows are electrically coupled to one another by respective row wrap-around connections made outside of the sensing area"

(5) U.S. Patent No. 9,086,770 - "generally straight line"

**IT IS SO ORDERED**

Dated: June 30, 2020

SUSAN ILLSTON
United States District Judge