UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEODRON, LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>LENOVO GROUP, LTD., et al.,<br><br>    Defendants. | Case No. 19-cv-05644-SI<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>Re: Dkt. No. 114 |

Before the Court is a Joint Motion to Dismiss with Prejudice filed by plaintiff Neodron, Ltd and defendants Lenovo Group, Ltd, Lenovo (United States) Inc., and Motorola Mobility LLC ("Defendants").

The Court hereby **GRANTS** the parties' Joint Motion to Dismiss with Prejudice. Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims and defenses for relief against Plaintiff are dismissed with prejudice. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: January 6, 2021

_____
SUSAN ILLSTON
United States District Judge