United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEODRON, LTD.,

          Plaintiff,

     v.

LENOVO GROUP, LTD., et al.,

          Defendants.

Case No. 19-cv-05644-SI

**JUDGMENT**

On January 6, 2021, the Court GRANTED a Joint Motion to Dismiss with Prejudice filed by plaintiff Neodron, Ltd and defendants Lenovo Group, Ltd, Lenovo (United States) Inc., and Motorola Mobility LLC. ("Defendants"). Dkt. No. 115. The Court dismissed plaintiff's claims for relief against Defendants with prejudice and dismissed Defendants' claims and defenses for relief against Plaintiff with prejudice and ordered all attorneys' fees, costs of court, and expenses to be borne to each party incurring at the same time. *Id.* Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUSGED.**

Dated: January 6, 2021

_____
SUSAN ILLSTON
United States District Judge